UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ) ) ) ROBERT JAMES CARYE, JR., ) ) Debtor, ) ) | Chapter 7<br><br>Case No. 09-15339 |

### MOTION TO AMEND SCHEDULES F

Now comes the Debtor through counsel and hereby requests this Honorable Court allow him to amend Schedule F.

As reasons therefore, counsel states that a creditor was inadvertently left off the original Schedule.

WHEREFORE, the Debtor, Robert James Carye, Jr., hereby requests that the Court allow its Motion To Amend Schedule F.

        Respectfully Submitted,
        The Debtor,
        By His Attorney,


        /s/ Peter M. Daigle
        Peter M. Daigle, Esquire
        1550 Falmouth Road, Suite 15
        Centerville, MA 02632
        (508) 771-7444

Dated:   September 12, 2009

## CERTIFICATE OF SERVICE

    I hereby certify that I have on this date caused a duplicate copy of the above to be served upon all parties of record via electronic mail.

/s/ Peter M. Daigle
Peter M. Daigle, Esquire
1550 Falmouth Road, Suite 15
Centerville, MA 02632
(508) 771-7444

Dated:   September 12, 2009